UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY J. AUGUST,

    Plaintiff,

v.

PATRICIA CARUSO, DANIEL HEYNS,
MILLICENT WARREN, MS. VALLIE,
MS. L. WILLIAMS, MS. PERRY, MS.
TAYLOR, SERGEANT KAMIN, SERGEANT
MARGOLIC, SERGEANT GODFREY,
OFFICER RATLIFF, DR. TIMOTHY KANGAS,
DANIEL LA FRAMBOISE, MS. WRIGHT,
MS. FREISS, TAMIKA WOODS, DR. LACY,
DR. SZYMANSKI, DR. QIN, DR. ONUIGBO,
LANA MCCARTHY, RN HAMMOND, and
RN TUCKER,

    Defendants.
_____/

Civil Action No. 2:12-cv-13775
Honorable Patrick J. Duggan

### OPINION AND ORDER DENYING PLAINTIFF'S "OBJECTION TO THE APRIL 1, 2013 ORDER OF REFERENCE TO U.S. MAGISTRATE"

Presently before the Court is Plaintiff's "objection" to the April 1, 2013 order of this Court referring to Magistrate Judge David R. Grand the motion for summary judgment filed by Defendants Lana McCarthy, Tamika Woods, RN Hammond, Officer Ratliff on March 29, 2013.  Plaintiff does not object to the actual order of reference but requests that Magistrate Judge Grand not issue a report and recommendation with respect to the motion for summary judgment until Plaintiff has twenty-one (21) days to file a response.

Simply because this Court referred the motion to the magistrate judge on April 1

did not mean that a ruling would be issued before Plaintiff's time under the rules to file a response expired.  The Local Rules for the Eastern District of Michigan grant a party twenty-one (21) days to file a response to a dispositive motion.  *See* E.D. Mich. LR 8.1(e)(1)(B).  Pursuant to Federal Rule of Civil Procedure 6(d), an additional three (3) days are added to this deadline.

Accordingly,

**IT IS ORDERED**, that Plaintiff's "Objection to the April 1, 2013 Order of Reference to U.S. Magistrate" is **DISMISSED AS MOOT.**

Dated: May 1, 2013                                    s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Tracy J. August, #714643
Women's Huron Valley Complex
3201 Bemis Road
Ypsilanti, MI 48197-0911

Kevin R. Himebaugh, Esq.
Ronald W. Chapman, Esq.
Kimberley A. Koester, Esq.