UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY AUGUST, #714643

       Plaintiff,                    Case No.: 12-13775

                                       Honorable Laurie J. Michelson
                                       Magistrate Judge David R. Grand

v.

FELICIA RATLIFF,

       Defendant.

_____/

| | |
|---|---|
| **AYANNA D. HATCHETT (P70055)** | **MICHAEL DEAN (P71333)** |
| **VEN R. JOHNSON (P39219)** | **THE ATTORNEY GENERAL** |
| **JOHNSON LAW, PLC** | Attorney for Defendant |
| Attorneys for Plaintiff | 525 W. Ottawa St., 5th Floor |
| 535 Griswold St., Suite 2632 | P.O. Box 30736 |
| Detroit, MI 48226 | Lansing, MI 48909 |
| (313) 324.8300 | (517) 373.6434 |
| ahatchett@venjohnsonlaw.com | DeanM2@michigan.gov |
| vjohnson@venjohnsonlaw.com | |

_____/

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

The involved parties stipulate to the entry of the Order below:

**IT IS ORDERED** that the above-captioned cause of action is dismissed with prejudice and without costs as to any party.

This resolves the last pending claim and closes the case.

SO ORDERED.

Dated: March 19, 2020

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

/s/ Ayanna D. Hatchett

AYANNA D. HATCHETT (P70055)

Attorney for Plaintiff

/s/ Michael Dean w/ consent

MICHAEL DEAN (P71333)

Attorney for Defendant